1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKKI BODDIE, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation; BBA AVIATION USA, INC.; a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:19-cv-03044-DMR<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed:   April 10, 2019<br>Removal Date: June 3, 2019<br>Trial Date:       None Set |

# JUDGMENT

Pursuant to the Court's June 28, 2021 Order re Motion to Approve Representative Action Settlement (Dkt. 69) (the "Order"), **IT IS ADJUDGED THAT**:

1. Judgment in this matter is entered in accordance with the terms of the Parties' Stipulated Settlement and Release of Claims ("Stipulation" or "Settlement") and the Order. The Judgment incorporates by reference the terms of the Stipulation and the findings in the Order.

2. The Parties shall effectuate the Settlement according to its terms and the terms of the Order. Upon the Effective Date,[1] the putative Class Claims will be dismissed without prejudice and Plaintiff's individual claims will be dismissed with prejudice.

3. Plaintiff and all Aggrieved Employees will be barred from pursuing any and all of the PAGA Released Claims against Defendants that arose during the PAGA Period.[2]

///
///
///

---

[1] "Effective Date" is defined in paragraph 7 of the Stipulation as "the date of entry of an Order by the Court approving the Settlement coupled with the fact that the time to challenge any aspect of the Settlement by appeal has lapsed, provided that no such appeal has been filed, or, if any such appeal has been filed, the date after a final resolution of all appeals that results in the upholding of the Parties' Settlement Agreement."

[2] "PAGA Released Claims" is defined in paragraph 15 of the Stipulation as "any and all claims under PAGA that are pled in Plaintiff's First Amended Complaint, or which are pled in Plaintiff's written notice to the LWDA, or which could have been pled under the PAGA based on the factual allegations in Plaintiff's First Amended Complaint that arose during the PAGA Period, including without limitation, any allegations concerning unpaid wages arising from Defendants' use of improper rounding or grace period timekeeping policies."

4. The Court retains jurisdiction over the action for the purpose of enforcing the terms of the Settlement.

<u>The Clerk of Court shall close the file.</u>

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: __July 1, 2021__

_____
HON. DONNA M. RYU
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Donna M. Ryu*